HEATHER E. WILLIAMS, Bar #122664
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Branch Chief, Fresno Office
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

FILED

OCT 30 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No(s). 1:17-cr-00243-4 LJO |
| Plaintiff, | APPLICATION AND [PROPOSED] ORDER APPOINTING CJA PANEL COUNSEL |
| vs. | Hearing: December 2, 2019 |
| ANDREA R. TODD, | Time: 10:30 a.m. |
| | Ctrm: 4 |
| Defendant. | Judge: Hon. Lawrence J. O'Neill |

Defendant, Andrea R. Todd, through the Federal Defender for the Eastern District of California, hereby requests appointment of CJA panel counsel.

Attached, please find announcement confirming retained attorney, Robert S. Wynne, died on August 4, 2019 and Ms. Todd's Financial Affidavit as evidence of her inability to retain counsel. On October 12, 2017, defendant was charged by Indictment (Doc. 1), with 18 U.S.C. § 1349 – Conspiracy to Commit Mail Fraud and Brank Fraud. On October 18, 2017, Ms. Todd retained Attorney, Robert S. Wynne who represented her through August 4, 2019.

Defendant, Andrea R. Todd, contacted our office today seeking appointed counsel. Therefore, after reviewing Ms. Todd's Financial Affidavit (attached), it is respectfully recommended that CJA Panel Counsel be promptly appointed.

Dated: October 30, 2019

CHARLES J. LEE
Assistant Federal Defender
Branch Chief, Fresno Office

# O R D E R

Having satisfied the Court that the defendant is financially unable to retain counsel, the Court hereby appoints CJA Panel Counsel pursuant to 18 U.S.C. § 3006A.

Dated: October 30, 2019

HONORABLE BARBARA A. McAULIFFE
United States Magistrate Judge

If it is found you are able to afford an attorney, you may be required to reimburse for your court appointed attorney. BAM


On behalf of the Wynne family and myself, we invite you to join us for the Celebration of Life honoring **Robert S. Wynne** at the Cha... See More



*In Loving Memory Of*

December 8, 1955 – August 4, 2019

*Robert S. Wynne*

Celebration Of Life

**Sunday September 15, 2019**